IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Automated Facilities Management Corporation and TangoPoint.com, Inc. </br>      Plaintiffs </br>  v. </br>eMaint Enterprises, LLC </br>ZOHO Corp. </br>Thinkage, Ltd. </br>MicroMain Corp. </br>Service Management Systems, Inc. </br>Vermont Systems, Inc. </br>Accela, Inc. </br>enfoTech </br>      Defendants | Civil Action No. </br>8:09-cv-390-JFB-TDT |

**STIPULATED DISMISSAL OF
DEFENDANT ZOHO CORPORATION**

Plaintiffs, TangoPoint and AFMC, and Defendant Zoho Corporation hereby stipulate to the dismissal with prejudice of Zoho Corporation, from the above captioned litigation, pursuant to Settlement and Non-Exclusive Patent License Agreement executed between the parties. Each party to bear its own costs and fees.

The Court is respectfully requested to enter an Order dismissing Zoho Corporation from the above captioned action.

                                            Respectfully Submitted

Dated: May 23rd, 2010                    By: /s/ Joseph J. Zito
                                                        Joseph J. Zito
                                                        ZITO tlp
                                                        1250 Connecticut Avenue NW
                                                        Suite 200
                                                        Washington, DC 20036
                                                        (202) 466-3500
                                                        joe@zitotlp.com
                                                        Attorneys for Plaintiffs,
                                                        AFMC and TangoPoint.com

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing STIPULATED DISMISSAL OF  DEFENDANT ZOHO CORPORATION  was electronically filed on this 23rd day of May, 2010 with the Clerk of the Court using the CM/ECF system of the United States District Court for the District of Nebraska, and thereby served upon all parties of record by CM/ECF, including the below attorneys:

Joseph J. Zito
ZITO tlp
for: Plaintiffs AFMC and
TangoPoint.com, Inc.

Christopher J. Sorenson
Eric R. Chad
Ryan T. Grace
MERCHANT & GOULD P.C.
for: Defendant Vermont Systems

Eric R. Chad
MERCHANT, GOULD LAW FIRM
Thinkage, Ltd

Amber Allred
John P. Passarelli
KUTAK, ROCK LAW FIRM
for: Defendant Service Management Systems

Christopher J. Sorenson
MERCHANT, GOULD LAW FIRM
MicroMain Corp.

David A. Jakopin
Dianne L. Sweeney
Pillsbury Winthrop Shaw Pittman, LLP
Amber Allred
John P. Passarelli
KUTAK, ROCK LAW FIRM
for Defendant Accela

J. Scott Paul
MCGRATH, NORTH LAW FIRM
Meredith V. Hattendorf
Scott B. Feder
Charles E. Phipps
LOCKE, LORD LAW FIRM
for: Defendant enfoTech

Counsel for the below listed Defendants were served by e-mail:

Michael Sacksteder
FENWICK & WEST LLP
msacksteder@fenwick.com
for: Defendant Zoho

Joseph A. Martin
ARCHER & GREINER, P.C.
jmartin@archerlaw.com
for: Defendant eMaint Enterprises

                                              /s/ Joseph J. Zito
                                              Joseph J. Zito