IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Automated Facilities Management Corporation and TangoPoint.com, Inc. | ) ) | |
| Plaintiffs | ) | Civil Action No. |
| v. | ) | 8:09-cv-390-JFB-TDT |
| eMaint Enterprises, LLC | ) | |
| ZOHO Corp. | ) | |
| Thinkage, Ltd. | ) | |
| MicroMain Corp. | ) | |
| Service Management Systems, Inc. | ) | |
| Vermont Systems, Inc. | ) | |
| Accela, Inc. | ) | |
| enfoTech | ) | |
| Defendants | ) ) | |

**PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANTS THINKAGE, LTD, MICROMAIN CORPORATION ACCELA, INC AND ENFOTECH, INC**

Plaintiffs, TangoPoint and AFMC, hereby voluntarily dismiss their Complaint against Defendants Thinkage, Ltd., MicroMain Corporation, Accela, Inc. and enfoTech, Inc., without prejudice to reinstate, in the above captioned litigation.

None of the above Defendants have answered the Complaint nor filed any counterclaims nor affirmative defenses, therefore Plaintiff, pursuant to FRCP 41(a)(1)A(i) files this dismissal, voluntarily dismissing these parties from the above captioned action without prejudice.

                              Respectfully Submitted

Dated: May 23rd, 2010                    By:  /s/ Joseph J. Zito
                                                      Joseph J. Zito
                                                      ZITO tlp
                                                      1250 Connecticut Avenue NW
                                                      Suite 200
                                                      Washington, DC 20036
                                                      (202) 466-3500
                                                      joe@zitotlp.com
                                                      Attorneys for Plaintiffs,
                                                      AFMC and TangoPoint.com

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a copy of the foregoing VOLUNTARY DISMISSAL OF THINKAGE, MICROMAIN ACCELA AND ENFOTECH was electronically filed on this 23rd day of May, 2010 with the Clerk of the Court using the CM/ECF system of the United States District Court for the District of Nebraska, and thereby served upon all parties of record by CM/ECF, including the below attorneys:

Joseph J. Zito
ZITO tlp
for: Plaintiffs AFMC and
TangoPoint.com, Inc.

| | |
|---|---|
| Christopher J. Sorenson | Eric R. Chad |
| Eric R. Chad | MERCHANT, GOULD LAW FIRM |
| Ryan T. Grace | Thinkage, Ltd |
| MERCHANT & GOULD P.C. | |
| for: Defendant Vermont Systems | |
| | |
| Amber Allred | Christopher J. Sorenson |
| John P. Passarelli | MERCHANT, GOULD LAW FIRM |
| KUTAK, ROCK LAW FIRM | MicroMain Corp. |
| for: Defendant Service Management Systems | |
| | |
| David A. Jakopin | J. Scott Paul |
| Dianne L. Sweeney | MCGRATH, NORTH LAW FIRM |
| Pillsbury Winthrop Shaw Pittman, LLP | Meredith V. Hattendorf |
| Amber Allred | Scott B. Feder |
| John P. Passarelli | Charles E. Phipps |
| KUTAK, ROCK LAW FIRM | LOCKE, LORD LAW FIRM |
| for Defendant Accela | for: Defendant enfoTech |

Counsel for the below listed Defendants were served by e-mail:

Michael Sacksteder
FENWICK & WEST LLP
msacksteder@fenwick.com
for: Defendant Zoho

Joseph A. Martin
ARCHER & GREINER, P.C.
jmartin@archerlaw.com
for: Defendant eMaint Enterprises

                                          /s/ Joseph J. Zito
                                          Joseph J. Zito