IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUTOMATED FACILITIES MANAGEMENT CORPORATION and TANGOPOINT.COM, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EMAINT ENTERPRISES, LLC, ZOHO CORP., THINKAGE, LTD., MICROMAIN CORP., SERVICE MANAGEMENT SYSTEMS, INC., VERMONT SYSTEMS, INC., ACCELA, INC., and ENFOTECH,<br><br>Defendants. | 8:09CV390<br><br>ORDER OF DISMISSAL |

    This matter is before the court on the stipulation for dismissal with prejudice between plaintiffs and defendant Zoho Corporation in this case. Filing No. 60. Plaintiffs and defendants eMaint Enterprises LLC, Vermont Systems, Inc., and Service Management Systems have also executed settlement agreements and ask this court to enter an order dismissing the claims and counterclaims with prejudice of each of these parties. Filing No. 61. Plaintiffs also voluntarily dismiss the complaint, without prejudice, against defendants Thinkage, Ltd., MicroMain Corporation, Accela, Inc. and enfoTech, Inc., who have not been served. Filing No. 62.

    THEREFORE, IT IS ORDERED:

    1. This case is dismissed with prejudice as to Zoho Corporation, Filing No. 60, each party to pay its own costs.

    2. This case is dismissed with prejudice as to eMaint Enterprises LLC, Vermont Systems, Inc., and Service Management Systems, Filing No. 61, each party to pay its own costs.

3. This case is dismissed without prejudice as to defendants Thinkage, Ltd., MicroMain Corporation, Accela, Inc. and enfoTech, Inc., Filing No. 62, plaintiffs to pay their own costs.

DATED this 25th day of May, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.